413 A.2d 1117

Commonwealth v. Isabell, Appellant.

Submitted December 4, 1978. Nicholas A. Clemente, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

413 A.2d 1118

Commonwealth v. McConico, Appellant.

Submitted June 12, 1978. George B. Ditter, Assistant Public Defender, Chief, Appeals Division, for appellant; Eric J. Cox, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J. and HOFFMAN, J., did not participate in the consideration or decision of this case.